```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard D Robinson, Esquire
3300 Springfield Ave
Merchantville, New Jersey  08109
856-206-0264

In Re:
Denise Todd

| | |
|---|---|
| Case No.: | __**16-28518**_____ |
| | *[Enter the case number]* |
| Chapter: | _____13_____ |
| | *[Enter the chapter; example: 13]* |
| Hearing Date: | _____1-24-2017_____ |
| | *[Enter the hearing date]* |
| Judge: | _____JNP_____ |
| | *[Enter the Judge's last name]* |

## NOTICE OF MOTION TO
## REINSTATE THE CASE

<u>Richard Robinson, Esquire on behalf of Debtor Denise Todd</u> has filed papers with the court requesting to reinstate the case.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

| | |
|---|---|
| Hearing Date: | <u>     January 24, 2017                              </u> |
| | *[Enter the date of the hearing]* |
| Hearing Time: | <u>     10:00 am                                          </u> |
| | *[Enter the time of the hearing]* |
| Hearing Location: | <u>Mitchell H. Cohen U.S. Courthouse</u> |
| | <u>400 Cooper Street, 4th Floor</u> |
| | <u>Camden, N.J. 08101</u> |
| | _____ |
| Courtroom Number: | <u>     4C                                                    </u> |
| | *[Enter the courtroom number]* |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

**Isabel C Balboa**, Chapter 13 Trustee
535 Route 38
Cherry Hill, NJ 08002

Comcast
PO Box 182249
Chattanooga, TN 37422

Dish Network
PO Box 6633
Englewood, CO 80112

Kennedy Health System
2201 Chapel Ave West
Cherry Hill, NJ 08002

MCI
PO Box 3427
Bloomington, IL 61702

Midland Mtg/Midfirst Bank
Sentry Office Plaza
216 Haddon Avenue, Ste. 40
Westmont, NJ 08108

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   __December 26, 2017_____         _/s/ Denise Todd_____
       *[Enter the date this document is signed]*      Signature of the Debtor

Date:  _____         _____
       *[Enter the date this document is signed]*      Signature of the Joint Debtor, if any

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Richard D Robinson, Esquire
3300 Springfield Ave
Merchantville, New Jersey  08109
856-206-0264

In Re:
Denise Todd

Case No.:     __**16-28518**_____
*[Enter the case number]*

Chapter:      _____13_____
*[Enter the chapter; example: 13]*

Hearing Date:    _____1-24-2017_____
*[Enter the hearing date]*

Judge:        _____JNP_____
*[Enter the Judge's last name]*

## CERTIFICATION OF DEBTOR(S)

I, _Denise Todd_____, debtor in this case, submit this Certification in support of my Motion to Reinstate the Case.

1. I am fully familiar with the facts set forth below.

2. I filed for bankruptcy on

September 28, 2016.

3. On

December 9, 2016_ the automatic stay was vacated due to the debtor's failure to attend a 341hearing_____

_____

_____

4. <u>I request that the stay be reinstated because Debtor is currently suffering from chronic illness that completely incapacitates her for long periods of time. At the time the 341 hearings were scheduled the debtor was very ill and even spent some time hospitalized.  Attempts to reach debtor about the scheduling of the 341 hearing went unanswered due to her illness.  It was not until December 20, 2016 did debtor's daughter contact our office to inform us of debtor's illness.</u>

_____
_____
_____

5. *[Enter an additional fact, if any, supporting your reasoning for the stay to be reinstated]*
_____
_____
_____
_____

6. *[Enter an additional fact, if any, supporting your reasoning for the stay to be reinstated]*
_____
_____
_____
_____

I certify under penalty of perjury that the above is true.

Date:   __December 26, 2017_____          _/s/ Denise Todd_____
*[Enter the date this document is signed]*         Signature of the Debtor

Date:   _____          _____
*[Enter the date this document is signed]*         Signature of the Joint Debtor, if any

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Richard D Robinson, Esquire
3300 Springfield Ave
Merchantville, New Jersey  08109
856-206-0264

In Re:
Denise Todd

Case No.: __**16-28518**_____
*[Enter the case number]*

Chapter: _____13_____
*[Enter the chapter; example: 13]*

Hearing Date: _____1-24-2017_____
*[Enter the hearing date]*

Judge: _____JNP_____
*[Enter the Judge's last name]*

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

Date: __December 26, 2017_____      /s/ Denise Todd_____
*[Enter the date this document is signed]*      Signature of the Debtor

Date: _____      _____
*[Enter the date this document is signed]*      Signature of the Joint Debtor, if any

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Richard D Robinson, Esquire
3300 Springfield Ave
Merchantville, New Jersey  08109
856-206-0264

In Re:
Denise Todd

Case No.:  __**16-28518**_____
*[Enter the case number]*

Chapter:  _____13_____
*[Enter the chapter; example: 13]*

Hearing Date:  _____1-24-2017_____
*[Enter the hearing date]*

Judge:  _____JNP_____
*[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I, <u>Lyann Cruz</u>:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for <u>Richard D Robinson, Esquire</u>, who represents

   <u>  Denise Todd        </u> in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u> January 2, 2017                                    </u>, I sent a copy of the following pleadings
   and/or documents to the parties listed in the chart below.
   *[Place a check next to each document you served]*

   ☒ Notice of Motion to Reinstate the Case

   ☒ Certification in Support of Motion to Reinstate the Case

   ☒ Statement as to Why No Brief is Necessary

   ☒ Proposed Order Granting Motion to Reinstate the Case

   ☐ Other *[Enter title of document]* _____

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __January 2, 2017_____     ___/s/ Lyann Cruz_____
*[Enter the date you signed this document]*              Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Comcast<br>PO Box 182249<br>Chattanooga, TN 37422 | *Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Dish Network<br>PO Box 6633<br>Englewood, CO 80112 | *Denbtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Kennedy Health System<br>2201 Chapel Ave West<br>Cherry Hill, NJ 08002 | *Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| MCI<br>PO Box 3427<br>Bloomington, IL 61702 | *Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Midland Mtg/Midfirst Bank<br>Sentry Office Plaza<br>216 Haddon Avenue, Ste. 40<br>Westmont, NJ 08108 | *Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Richard D Robinson, Esquire
3300 Springfield Ave
Merchantville, New Jersey  08109
856-206-0264

In Re:
Denise Todd

Case No.: __**16-28518**_____
*[Enter the case number]*

Chapter: _____13_____
*[Enter the case number]*

Hearing Date: _____1-24-2017_____
*[Enter the hearing date]*

Judge: _____JNP_____
*[Enter the Judge's last name]*

# ORDER GRANTING MOTION TO REINSTATE CASE

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.