Form 200 – blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−28518−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise I Todd
   1802 N. 42nd Street
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−0997

Employer's Tax I.D. No.:

NOTICE OF ORDER OF REINSTATEMENT OF CASE

Notice is hereby give that the above−captioned case which was dismissed on December 9, 2016 has been reinstated by order dated January 24, 2017.

Dated: January 24, 2017
JAN: cmf

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 16-28518-JNP
Denise I Todd                                                   Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin               Page 1 of 1         Date Rcvd: Jan 24, 2017
                               Form ID: 200              Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db             +Denise I Todd,    1802 N. 42nd Street,     Pennsauken, NJ 08110-3006
516499973      +Ginny's,    c/o Creditors Bankruptcy Service,      P.O. Box 800849,     Dallas, TX 75380-0849
516417486      +Kennedy Health System,     2201 Chapel Ave West,      Cherry Hill, NJ 08002-2048
516417487      +MCI,    PO Box 3427,    Bloomington, IL 61702-3427
516417488      +MIDFIRST BANK,    1802 North 42nd Street,     Pennsauken, NJ 08110-3006
516496905      +MidFirst Bank,    999 NorthWest Grand Boulevard,      Oklahoma City, OK 73118-6051
516499939      +Midnight Velvet,    c/o Creditors Bankruptcy Service,       P.O. Box 800849,    Dallas, TX 75380-0849
516499869      +Seventh Avenue,    c/o Creditors Bankruptcy Service,      P.O. Box 800849,     Dallas, TX 75380-0849
516442672      +U.S. Dept of Housing and Urban Development,       451 7th Street S.W.,    Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2017 23:13:18      U.S. Attorney,     970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2017 23:13:15      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,     Suite 2100,
                 Newark, NJ 07102-5235
516555527       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2017 23:16:55
                 American InfoSource LP as agent for,     Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
516417484      +E-mail/Text: flr_bankruptcynotice@cable.comcast.com Jan 24 2017 23:13:49      Comcast,
                 PO Box 182249,    Chattanooga, TN 37422-7249
516417485      +E-mail/Text: Bankruptcy.Consumer@dish.com Jan 24 2017 23:13:14      Dish Network,    PO Box 6633,
                 Englewood, CO 80155-6633
516429444       E-mail/Text: bnc-quantum@quantum3group.com Jan 24 2017 23:13:11
                 Quantum3 Group LLC as agent for,     Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Richard D Robinson    on behalf of Debtor Denise I Todd lawofficesrdr@gmail.com,
               Lawofficesrdr@gmail.com
                                                                                               TOTAL: 3
```