UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on January 24, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Denise I Todd

| | |
|---|---|
| Case Number: | 16-28518 |
| Hearing Date: | 1/24/2017 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 24, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by _____debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Denise I Todd  
      Debtor

Case No. 16-28518-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 24, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.  
db           +Denise I Todd,    1802 N. 42nd Street,    Pennsauken, NJ 08110-3006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         Richard D Robinson    on behalf of Debtor Denise I Todd lawofficesrdr@gmail.com, Lawofficesrdr@gmail.com  
                                                                                  TOTAL: 3