Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–28518–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Denise I Todd
　1802 N. 42nd Street
　Pennsauken, NJ 08110

Social Security No.:
　xxx–xx–0997

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

　NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/4/17.

　Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 4, 2017
JAN: cmf

　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-28518-JNP
Denise I Todd                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 1                  Date Rcvd: May 04, 2017
                               Form ID: 148               Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db              +Denise I Todd,    1802 N. 42nd Street,    Pennsauken, NJ 08110-3006
516499973       +Ginny's,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516417486       +Kennedy Health System,    2201 Chapel Ave West,    Cherry Hill, NJ 08002-2048
516417487       +MCI,    PO Box 3427,    Bloomington, IL 61702-3427
516417488       +MIDFIRST BANK,    1802 North 42nd Street,    Pennsauken, NJ 08110-3006
516496905       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516499939       +Midnight Velvet,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516499869       +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516442672       +U.S. Dept of Housing and Urban Development,    451 7th Street S.W.,    Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 04 2017 22:47:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2017 22:47:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516555527        EDI: AIS.COM May 04 2017 22:23:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
516417484       +E-mail/Text: flr_bankruptcynotice@cable.comcast.com May 04 2017 22:48:14       Comcast,
                 PO Box 182249,    Chattanooga, TN 37422-7249
516417485       +EDI: ESSL.COM May 04 2017 22:23:00      Dish Network,    PO Box 6633,    Englewood, CO 80155-6633
516429444        EDI: Q3G.COM May 04 2017 22:23:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
                                                                                                TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Richard D Robinson    on behalf of Debtor Denise I Todd lawofficesrdr@gmail.com,
               Lawofficesrdr@gmail.com
                                                                                             TOTAL: 4